HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STANDARD TANKERS BAHAMAS
LIMITED,   08 Civ 10561 (JSR)

               Plaintiff,

- against-

INDUSTRIAL CARRIERS, INC.,   NOTICE OF MOTION
CLASSIC MARITIME, INC. and
JANE and/or JOHN DOE,

               Defendants.
-----------------------------------------------------------X

     PLEASE TAKE NOTICE that plaintiff Standard Tankers Bahamas Limited ("Standard"), by and through its attorneys Hill Rivkins & Hayden LLP, hereby moves before the Honorable Jed S. Rakoff, U.S.D.J., U.S. Courthouse, Room 14B, 500 Pearl Street, New York, NY 10007, for entry of an Order in the form submitted herewith, granting Leave to Standard to Make Deposit in Court pursuant to Fed. R. Civ. P. 56 and 67, respectively, and for summary judgment dismissing Standard from this action upon such deposit, and for such other and further relief as this Court deems just and proper. Any papers in opposition to this motion should be submitted and served in accordance with Local Civil Rule 6.1(a).

     PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiff shall rely upon this Notice of Motion, its supporting Memorandum of Law, and the declarations of John J. Sullivan and Scott Santiago and supporting exhibits.

Dated: New York, New York
      May 20, 2009

                                    HILL RIVKINS & HAYDEN LLP
                                    *Attorneys for Plaintiff*

                                    By: _____
                                        George D. Byrnes
                                        John J. Sullivan
                                        45 Broadway – Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600
                                        (212) 669-0699