# SANTIAGO DECLARATION

# Exhibit 2



CARDIFF MARINE INC -
80, KIFISSIAS AV,. 151 25 AMAROUSSION , GREECE
TEL 210-809.0300, FAX 210-809.0305 , TLX 21 5976 -215979 CARD GR

FREIGHT INVOICE                OLI: 49/2008

DATE 13.10.08

VESSEL COMPLETED LOADING AT KIZOMBA ON OCTOBER 10TH,2008
CARGO LOADED 134,571.11 MT SAXI BATUQUE CRUDE OIL FOR DISCHARGING
LE HAVRE
HEREBELOW CHARTERERS WILL FIND OWNERS INVOICE FOR FREIGHT EARNED.
KINDLY EFFECT PAYMENT AS PER C/P.

TO: STANDARD TANKERS BAHAMAS LTD
C/O BRS PARIS

| | |
|---|---:|
| MT OLINDA | |
| C/P DD SEPT 18TH,2008 | |
| | |
| OCEAN FREIGHT EARNED AS PER PROVISIONS OF ABOVE DATED CHARTER PARTY | |
| FREIGHT BASIS MIN QUANT :130,000.000   MT x $ 14.36  x WS 167 5 | $ 3,126,890.00 |
| PLUS OVERAGE :4,571.110  MT x $ 14.36  x WS 83 75 | 54,974.45 |
| | $ 3,181,864.45 |
| LESS: 1.25%  ADD COMMISSION | ( 39,773.31) |
| DUE TO ONWERS: | $ 3,142,091.15 |
| PLEASE PAY BY TELEGRAPHIC REMITTANCE TO. | |
| EFG EUROBANK ERGASIAS A.E | |
| 83, AKTI MIAOULI STREET | |
| PIRAEUS -GREECE | |
| SWIFT CODE: EFGBGRAA | |
| ACCOUNT NO: 0026 0029  291200304074 | |
| IBAN NO: GR640 2600 290000 29 1200304074 | |
| BENEFICIARY : CLASSIC MARITIME INC | |
| CORRESPONDENT BANK: | |
| DEUTSHE BANK AMERICAS - NEW YORK | |