# SULLIVAN DECLARATION

# Exhibit 3

STANDARD TANKERS BAHAMA LIMITED

Plaintiff(s) Petitioner(s)

against

INDUSTRIAL CARRIERS, INC., CLASSIC
MARITIME, INC., and JANE and/or JOHN DOE,

Defendant(s) Respondent(s)

Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF:                    SS.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at 1966 East 15th street

On January 6th 2009 at 1:58 P.M., at 111 Eicht Avenue, New York, New York, N.Y. 10011

deponent served the within ☐ summons ☐ with notice ☐ summons, Spanish summons and complaint, the language
☒ summons and complaint ☐ notice of petition and petition    required by NYCRR 2900.2(e), (f) & (h) was set forth on
☐ subpoena duces tecum ☐ subpoena                               on the face of the summons(es)
☐ citation

on Industrial Carriers, Inc., c/o CT CORPORATION SYSTEM ☐ defendant ☐ witness { hereinafter called } therein
AGENTS AUTHORIZED TO ACCEPT SERVICE                      ☐ respondent              { the recipient }   named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a Foreign corporation, by delivering thereat a true copy of each to Aixa Flores personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be General agent thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to           at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at           and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at           in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐    $    the authorized traveling expenses ☐ was paid (tendered) to the recipient
and one day's witness fee: ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on January 6th 2009

Robert Blum
License No. 0775226