# SULLIVAN DECLARATION

# Exhibit 4

## John J. Sullivan

| | |
|---|---|
| From: | John J. Sullivan |
| Sent: | Wednesday, February 11, 2009 10:42 AM |
| To: | 'goynas@otenet.gr' |
| Cc: | 'venezia@freehill.com'; George D. Byrnes |
| Subject: | FW: Standard Tankers Bahamas Limited v. Industrial Carriers, Inc. & Classic Maritime |
| Attachments: | Complaint.pdf; Order Scheduling PTC.pdf |

Attn: Goyios & Nassikas
    Livanos Building, 7th & 8th Floor
    47-49, Akti Miaouli
    185 36 Piraeus, Greece

Dear Sirs:

We represent Standard Tankers, in an action Standard has commenced in New York to determine to whom Standard owes the charter payments on the M/V Olinda. We understand that your office represents Messrs. Industrial Carriers, Inc., in connection with the various issues raised by the Industrial's bankruptcy.

Attached for your reference is a copy of the complaint we filed in this matter. The complaint and summons were served upon Industrial's authorized agent for service of process in New York. To date, we have not heard from anyone on behalf of Industrial.

Attached is a notice of an initial pretrial conference before the Honorable Jed Rakoff, of the United States District Court for the Southern District of New York, on 18 February 2009. We would appreciate receiving confirmation of receipt of this communication, and your advising whether anyone will be available to appear on behalf of Industrial.

Best regards,

John J. Sullivan

Hill Rivkins & Hayden LLP
45 Broadway - Suite 1500
New York, New York 10006
212-669-0600
212-669-0698/0699 (fax)


-----Original Message-----
From: John J. Sullivan
Sent: Thursday, February 05, 2009 12:23 PM
To: 'venezia@freehill.com'
Cc: George D. Byrnes
Subject: FW: Activity in Case 1:08-cv-10561-JSR Standard Tankers Bahamas Limited v. Industrial Carriers, Inc. et al Order for Initial Pretrial Conference

Dear Gina:

Please see for your reference the notice below of the scheduling of an initial pretrial conference in this case before Judge Rakoff. Please confirm your retention on behalf of Classic Maritime, and advise whether you will be authorized to execute a waiver of service on Classic's behalf.

1