# SULLIVAN DECLARATION

# Exhibit 6

## John J. Sullivan

**From:** N. Goyios & A. Nassikas [goynas@otenet.gr]
**Sent:** Wednesday, March 04, 2009 3:21 AM
**To:** John J. Sullivan
**Cc:** George D. Byrnes; 'INDUSTRIAL CARRIERS INC.'
**Subject:** Standard Tankers Bahamas Limited v. Industrial Carriers, Inc. & Classic Maritime

Dear Sirs,

Your information is, unfortunately, correct. The Piraeus Court has turned down the bankruptcy petition on the sole ground that it supposedly did not have jurisdiction to entertain the same, because, as it found, ICI's principal place of business was not situated in Greece.

We consider that this judgment was rendered *per incuriam, inter alios* because the same Court on other occasions (and, in one of these other cases, presided over by the same judge who presided over the division of the Court rendering the negative judgment!) had expressly found that ICI's principal place of business is situated in Greece.

We are, accordingly, appealing this judgment now to the Piraeus Court of Appeal and are trying our best to expedite the hearing date, which will be known shortly. We can let you know same, once available, if you wish.

Best regards,
Antonios E. Koutsofios

**From:** John J. Sullivan [mailto:JSullivan@hillrivkins.com]
**Sent:** Thursday, February 26, 2009 8:39 PM
**To:** N. Goyios & A. Nassikas
**Cc:** George D. Byrnes; INDUSTRIAL CARRIERS INC.
**Subject:** RE: Standard Tankers Bahamas Limited v. Industrial Carriers, Inc. & Classic Maritime

Dear Sirs:

We have received information that the court rejected ICI's bankruptcy petition. Can you confirm whether this information is accurate and, if so, whether an appeal is expected?

Best regards,

*John J. Sullivan*

Hill Rivkins & Hayden LLP
45 Broadway - Suite 1500
New York, New York 10006
212-669-0600
212-669-0698/0699 (fax)