UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD TANKERS BAHAMAS LIMITED<br><br>Plaintiff<br><br>- against -<br><br>INDUSTRIAL CARRIERS, INC., CLASSIC MARITIME, INC. and JANE and/or JOHN DOE,<br><br>Defendants | 08 Civ. 10561 (JSR)<br><br>**ORDER GRANTING SUMMARY JUDGMENT and PERMITTING DEPOSIT IN COURT**<br>(Fed. R. Civ. P. 67) |

The plaintiff, Standard Tankers Bahamas Limited, has moved for summary judgment and leave to deposit the sum of US $3,142,091.15 with this Court pursuant to Fed. R. Civ. P. 67, and to be thereby dismissed from the action and relieved of any and all liability with respect to said funds.

~~On the ____ day of _____, 2009, the Court held a hearing at which the appearing parties were represented by counsel.~~ The Court has considered the arguments of the parties and, being so informed, it is hereby:

ORDERED that plaintiff Standard Tankers Bahamas Limited is granted leave to deposit the sum of US $3,142,091.15 with the Registry of the Court; and it is further,

ORDERED that the said money must be deposited and withdrawn in accordance with 28 U.S.C. §§2041 and 2042, and in accordance with Local Rule 67.1, the Clerk shall deduct from the income on the investment a fee equal to ten percent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and it is further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

ORDERED that upon deposit by plaintiff Standard Tankers Bahamas Limited of the sum of US $3,142,091.15 with the Registry of the Court, summary judgment be entered in favor of plaintiff Standard Tankers Bahamas Limited, discharging it from all liability with respect to the state sum or otherwise and dismissing it from this action with prejudice.

Dated: New York, New York
       6/15, 2009

SO ORDERED:

_____
U.S.D.J.